IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DOMINICK RICARDO RICHARDSON,

      Appellant,

 v.

Case No.  5D21-2687
LT Case No. 2021-CF-256-A-O

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed May 10, 2022

Appeal from the Circuit Court
for Orange County,
Luis Fernando Calderon, Judge.

Matthew J. Metz, Public Defender,
and George D.E. Burden, and Danielle
Rufai, Assistant Public Defenders,
Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Whitney Brown
Hartless, Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., HARRIS and TRAVER, JJ., concur.